# UNITED STATES DISTRICT COURT
## District of Minnesota

Katherine Fabiola Curco Sillo,

Petitioner(s),

v.

Pamela R. Bondi, Markwayne Mullin, Todd M. Lyons, Daren K. Margolin, David Easterwood, Department of Homeland Security, Immigration and Customs Enforcement, Executive Office for Immigration Review,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1012 SHL/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of the Petitioner.

Date: 3/25/2026

KATE M. FOGARTY, CLERK